WAWD (Rev. 2/2018) IFP and Written Consent

# UNITED STATES DISTRICT COURT

Western District of Washington

Porfirio Conde Cheesman

Case Number: 2:20-cv-1276 MJP

Plaintiff

vs.

Swissport USA, INC., Joseph Abraham, Nathan Borja, Kimberly (H.R. Manager)

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) PORFIRIO CHEESMAN declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

_____ FILED
_____ LODGED    **MAIL**
_____ RECEIVED

**AUG 24 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____

Name and address of employer _____

☑ No   Date of last employment 07/2020   Total amount of last net monthly salary $ 631.13

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

Name and address of employer _____

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                          $ 0
b. Income from rent, interest or dividends                                $ 0
c. Pensions, annuities or life insurance payments                        $ 0
d. Disability, unemployment, workers compensation or public assistance   $ 0
e. Gifts or inheritances                                                  $ 0
f. Money received from child support or alimony                          $ 0
g. Describe any other source of income  N/A                              $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0            Checking Account $ 0            Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☑ No

$

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes

☑ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

CAR PAYMENT MONHLY $201, CAR INSURANCE $91.00, FOOD $400.00 GAS $120.00, APARTMENT $800.00, CAR SERIVCE $100.00, PHONE BILL $75.00 BANK DEBT OVER CHARGES $ 35.00

$ 1822

8. Provide any other information that will help explain why you cannot pay court fees and costs.

# UNEMPLOYED

I declare under penalty of perjury that the foregoing is true and correct.

| 8/20/20 | _(signature)_ |
|---|---|
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) PORFIRIO CHEESMAN

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

| 8/20/20 | _(signature)_ |
|---|---|
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |

**CJA 23**
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☑ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify below)*

IN THE CASE OF

| Porfirio Cheesman v. Swissport USA, INC., | FOR |
|---|---|
| | Civil Complaint |
| | AT |
| | King County |

**LOCATION NUMBER**

PERSON REPRESENTED *(Show your full name)*
Porfirio Conde Cheesman

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other *(Specify)* Civil Complaint

**DOCKET NUMBERS**
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*    ☑ Felony
Swissport USA, INC., Joseph Abraham, Natham    ☐ Misdemeanor
Borja, Kimberly (H.R. Manager)
ASSAULT IN THE 2ND DEGREE

FILED
LODGED
RECEIVED

MAIL

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

AUG 24 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

### INCOME & ASSETS

**EMPLOY-MENT**

Are you now employed?    ☐ Yes    ☑ No    ☐ Self-Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment _____
How much did you earn per month? $ _____

If married, is your spouse employed?    ☐ Yes    ☑ No

**IF YES,** how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES,** give the amount received and identify the sources | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

**CASH**

Do you have any cash on hand or money in savings or checking accounts?    ☐ Yes    ☑ No    **IF YES,** total amount? $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES,** give value and description for each | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
✓ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| car payment | $ 4,000.00 | $ 201.00 |
| car insurance | $ 91.00 | $ 91.00 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

8/21/2020
Date