UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORFIRIO CONDE CHEESMAN,<br><br>Plaintiff,<br><br>v.<br><br>SWISSPORT USA INC, et al.,<br><br>Defendants. | CASE NO. C20-1276 MJP<br><br>DISMISSAL ORDER |

The Court issued an order on December 7, 2020 requiring the Parties to file a joint status report by January 19, 2021. The Court warned the parties that failure to file the joint status report could result in dismissal for failure to prosecute. As of the date of this order, the parties have not filed a joint status report. The Court DISMISSES the case without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

\\

\\

\\

\\

DISMISSAL ORDER - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated February 16, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge