|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| PORFIRIO CONDE CHEESMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>SWISSPORT USA INC, et al.,<br><br>       Defendant. | | CASE NO. C20-1276 MJP<br><br>ORDER ON MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff's Motion for Reconsideration of the Court's dismissal of this action for failure to prosecute. (Dkt. No. 9.) Having reviewed the Motion, the Court GRANTS Plaintiff's request to reopen this matter.

Under Local Rule 7(h) "[m]otions for reconsideration are disfavored." And "[t]he court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h).

ORDER ON MOTION FOR RECONSIDERATION - 1

1     Plaintiff's Motion details his efforts to comply with the Court's order to submit a Joint

2 Status Report. Without weighing whether Plaintiff's statements are correct, the Court is now

3 aware that there may be some confusion about the impact on this case of the Court's order in a

4 related matter brought by Plaintiff (<u>Cheesman v. Swissport, et al.</u>, C20-1604 MJP). This

5 information was not available when the Court ordered this case dismissed and the Court finds

6 reconsideration appropriate. The Court also notes that Plaintiff has not provided any proof of

7 service of his amended complaint on Defendants. This may also explain some of the confusion to

8 which Plaintiff refers.

9     Based on the Court's review of Plaintiff's Motion and the docket, the Court GRANTS the

10 Motion and ORDERS Plaintiff, by **April 5, 2021**, to file proof of service of his amended

11 complaint on Defendants and to file a Joint Status Report in compliance with the terms specified

12 in the Court's earlier Order in Docket Entry 7 (Oct. 19, 2020).

13     The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

14     Dated March 5, 2021.

                                                   Marsha J. Pechman
                                                 United States Senior District Judge