The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PORFIRIO CONDE CHEESMAN,

Plaintiff,

v.

SWISSPORT USA, INC., et al.,

Defendants.

Case No. 2:20-cv-01276-MJP

STIPULATED AND [~~PROPOSED~~] ORDER OF DISMISSAL

## STIPULATION

IT IS HEREBY STIPULATED by the undersigned that all claims in the above-referenced matter have been fully settled and all claims may be dismissed with prejudice and without an award of attorneys' fees or costs to either party.

Dated this 8 day of October, 2021.

Plaintiff Porfirio Conde Cheesman, Pro Se

*/s/ Porfirio Conde Cheesman*

Porfirio Conde Cheesman
1708 N Indiana Drive
Ellensburg, Washington 98926

Plaintiff, Pro Se

SEBRIS BUSTO JAMES

*/s/ Jeffrey A. James*

Jeffrey A. James, WSBA #18277
jaj@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007

Attorneys for Defendants Swissport USA, Inc., and Nathan Borja

STIPULATED AND [~~PROPOSED~~] ORDER OF DISMISSAL – 1
No. 2:20-cv-01276-MJP

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims in the above-referenced matter are hereby dismissed with prejudice without an award of attorneys' fees or costs to either party. The Clerk's Office is directed to CLOSE this file.

DATED this __18th__ day of October, 2021.

*[signature]*

The Honorable Marsha J. Pechman

Presented by:

**SEBRIS BUSTO JAMES**

*[signature]*

Jeffrey A. James, WSBA #18277
jaj@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

Attorneys for Defendants Swissport USA, Inc., and Nathan Borja

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL – 2
No. 2:20-cv-01276-MJP

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005